**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
Alexandria

In re

**CHARLES WOODARD**

Case No. 09-16942-RGM

Chapter 7

Debtor(s)

## REPORT OF DEPOSIT OF SMALL DIVIDENDS

Pursuant to Federal Rule of Bankruptcy Procedure 3010 and 11 U.S.C. §347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing small dividends to be deposited by the Clerk of the Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The unclaimed funds represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| N. AMERICAN DIGITAL COMMUNICATIONS<br>10438 BUSINESS CTR CT<br>MANASSAS, VA 20110 | $2.47 |

Dated:   September 13, 2011

/s/ GORDON P. PEYTON
GORDON P. PEYTON, Trustee
P.O. BOX 25456
ALEXANDRIA VA 22313-5456
(703) 684-2000

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Report of Deposit of Small Dividends was electronically served or mailed to Office of the U.S. Trustee, on September 13, 2011.

/s/Gordon P. Peyton